UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:
Daniel B. Tolman,                                           Case No. 8-14-70966-reg
                        Debtor.                                   Chapter 7
-----------------------------------------------------------X

### STIPULATION AND ORDER EXTENDING TIME TO OBJECT TO DEBTOR'S DISCHARGE AND DISMISSAL OF CASE UNDER SECTIONS 700(a) and 707(b)

WHEREAS, this case was commenced by the filing of a voluntary chapter 7 petition with this Court on October 31, 2013; and

WHEREAS, Allan B. Mendelsohn, Esq. was appointed the chapter 7 trustee (the "Trustee") and has qualified and is acting in that capacity; and

WHEREAS, Daniel B. Tolman (the "Debtor") is represented by Macco & Stern, LLP, by Michael J. Macco, Esq. ("Counsel"); and

WHEREAS, the United States Trustee for Region 2 (the "United States Trustee") is presently investigating this case for possible abuse; and

WHEREAS, the parties have reached an informal discovery agreement under which the Debtor has agreed to provide documents to the United States Trustee and the Debtor has provided some of the requested documents and has agreed to provide any additional documents reasonably requested by the United States Trustee; and

WHEREAS, the United States Trustee require additional time to obtain and review all of the requested documents, schedule a Rule 2004 examination of the Debtor, if necessary, and to complete his investigation; and

WHEREAS, on June 5, 2014, the United States Trustee filed a motion to dismiss this case under §707(a), or in the alternative an extension of the time periods in which to either file a complaint objecting to the Debtor's discharge or to file a motion to dismiss this case under §707(b) (together, the "Time Periods") (the"Motion");

WHEREAS, on July 3, 2014, the Debtor filed a response to the Motion: and

WHEREAS, on July 14, 2014, the Court held a hearing on the Motion; and

WHEREAS, the United States Trustee and the Debtor agreed to the extension of the Time Periods through August 29, 2014; and

IT IS HEREBY stipulated and agreed that the last day for the Office of the United States Trustee to commence an action under §727 or file a motion under §707(b)(3) is extended through and including **August 29, 2014,** without prejudice to further requests for extension.

IT IS FURTHER stipulated that the Debtor will appear for an examination, if necessary, at the Office of the United States Trustee located at 560 Federal Plaza, Central Islip, New York, 11201 on a date and time to be mutually agreed upon by all parties.

Dated: Melville, New York  
      July 16, 2014

Daniel B. Tolman, the Debtor

By: *s/ Michael J. Macco*  
    Michael J. Macco, Esq.  
    Macco & Stern, LLP  
    135 Pinelawn Road, Suite 120 South  
    Melville, NY 11747  
    (631) 549-7900

Dated: Central Islip, New York  
      July 18, 2014

Office of the United States Trustee

By: *s/ Alfred M. Dimino*  
    Alfred M. Dimino (AMD-8149)  
    Trial Attorney

STIPULATION SO ORDERED:

**Dated: Central Islip, New York**  
      **July 22, 2014**

**Robert E. Grossman**  
**United States Bankruptcy Judge**