# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207–8 | User: dtenga | Date Created: 9/3/2014 |
| Case: 8–14–70966–reg | Form ID: 201 | Total: 49 |

**Recipients of Notice of Electronic Filing:**
tr　　Allan B Mendelsohn　　amendelsohn@amendelsohnlaw.com
aty　　Michael J Macco　　csmith@maccosternlaw.com

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db　　Daniel B. Tolman　　500 East Grant Street　　Apt. 2206　　Minneapolis, MN 55404
smg　　NYS Department of Taxation &Finance　　Bankruptcy Unit　　PO Box 5300　　Albany, NY 12205
smg　　NYS Unemployment Insurance　　Attn: Isolvency Unit　　Bldg. #12, Room 256　　Albany, NY 12240
smg　　NYC Department of Finance　　345 Adams Street, 3rd Floor　　Attn: Legal Affairs – Devora Cohn　　Brooklyn, NY 11201
smg　　United States Trustee　　Office of the United States Trustee　　Long Island Federal Courthouse　　560 Federal Plaza　　Central Islip, NY 11722–4437
8268335　　Anthony T. Conforti, Esq.　　140 Fell Court　　Hauppauge, NY 11788
8268336　　Bank of America　　PO Box 15019　　Wilmington, DE 19886–5019
8268337　　Bank of America, N.A.　　4161 Piedmont Pkwy　　Greensboro, NC 27410–8110
8268338　　Bank of America, N.A.　　Bankruptcy Department　　PO Box 15168　　Wilmington, DE 19850
8268339　　Bank of America, N.A.　　PO Box 5170　　Simi Valley, CA 93062–5170
8268340　　Bruce Evan Tolman　　290 Berry Hill Road　　Syosset, NY 11791
8268342　　Capital One　　PO Box 30285　　Salt Lake City, UT 84130–0285
8268341　　Capital One　　PO Box 71083　　Charlotte, NC 28272–1083
8268343　　Capital One Bank USA, N.A　　4851 Cox Road　　Glen Allen, VA 23060
8268344　　Capital One Bank USA, N.A　　PO Box 71083　　Charlotte, NC 28272
8268345　　Cavalry Portfolio　　Services, LLC　　500 Summit Lake Drive　　Suite 4A　　Valhalla, NY 10595–1340
8268346　　Chase　　PO Box 24696　　Columbus, OH 43224–0696
8268347　　Continued Care of L I Inc　　PO Box 650292　　Dallas, TX 75265–0292
8268348　　Donald Jaffe Inc.　　Retirement Trust　　4 Printer Court　　Huntington Station, NY 11746
8268349　　Elias C. Schwartz Esq.　　343 Great Neck Rd　　Great Neck, NY 11021
8268350　　Huntington Medical　　Group, P.C.　　PO Box 10022　　Uniondale, NY 11555–0022
8268351　　Internal Revenue Service　　PO Box 7346　　Philadelphia, PA 19101–7346
8268352　　Jay Minsky　　360 First Street　　Mineola, NY 11501
8268353　　Kenneth A. Elan, Esq.　　217 Broadway　　Suite 606　　New York, NY 10007
8268355　　Kirschenbaum　　Phillips, P.C.　　3000 Hempstead Turnpike　　Fourth Floor　　Levittown, NY 11756–1338
8268354　　Kirschenbaum　　Phillips, P.C.　　40 Daniel St., Suite 7　　PO Box 9000　　Farmingdale, NY 11735–9000
8268356　　LaSalle Bank, N.A.　　135 South LaSalle St.　　Suite 1825　　Chicago, IL 60603
8268357　　Midland Credit　　Management, Inc.　　PO Box 60578　　Los Angeles, CA 90060–0578
8268358　　Mortgage Electronic　　Registration Systems Inc.　　PO Box 2026　　Flint, MI 48501–2026
8268359　　Mortgage Electronic　　Registration Systems, Inc　　1818 Library Street　　Suite 300　　Reston, VA 20190
8268360　　North Shore LIJ　　Syosset Hospital　　221 Jericho Turnpike　　Syosset, NY 11791
8268361　　Northland Group Inc.　　PO Box 390846　　Minneapolis, MN 55439
8268362　　Precision Recovery　　Analytics Inc.　　7500 Rialto Blvd　　#1–270　　Austin, TX 78735
8268363　　Redline Recovery　　Services, LLC　　11675 Rainwater Drive　　Suite 350　　Alpharetta, GA 30009–8693
8268364　　Rubin &Rothman, LLC　　1787 Veterans Hwy, Ste 32　　PO Box 9003　　Islandia, NY 11749
8268369　　SUNY Student Loan　　Service Center　　One University Place　　Rensselaer, NY 12144–3424
8268365　　Scott Levy　　37 Marlin Lane　　Port Washington, NY 11050
8268366　　Select Portfolio　　Servicing, Inc.　　PO Box 65450　　Salt Lake City, UT 84165–0450
8268367　　Shapiro, DiCaro　　Barak, LLC　　250 Mile Crossing Blvd.　　Suite One　　Rochester, NY 14624
8268368　　Stephen M. Saravey, MD　　7 Dogleg Lane　　Roslyn Heights, NY 11577
8268370　　The CIT Group/Consumer　　Finance, Inc.　　715 S. Metropolitan Ave.　　PO Box 24330　　Oklahoma City, OK 73124–0330
8268371　　The Home Sculptor Inc.　　703 McCall Avenue　　West Islip, NY 11795
8268372　　U.S. Bank National　　Association　　c/o 7255 Baymeadows Way　　Jacksonville, FL 32256
8280496　　U.S. Bank Nationl Association　　Andrea M. Roberts, Esq.　　Eckert Seamans Cherin &Mellott, LLC.　　10 Bank Street, Suite 700　　White Plains, New York 10606
8280542　　US Bank Natinal Association　　Riyaz G. Bhimani, Esq.　　Eckert Seamans Cherin &Mellott, LLC.　　10 Bank Street, Suite 700　　White Plains, New York 10606
8268373　　US Bank National　　Association　　425 Walnut St　　Floor 1　　Cincinnati, OH 45202–3989
8268374　　Washington Mutual　　PO Box 78148　　Phoenix, AZ 85062–8148

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 47